

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00845-CR

Crystal **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CR-10192W
The Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  December 23, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a).  *See*
TEX. R. APP. P. 42.2(a).  The motion is granted and this appeal is dismissed.  *See id.*  Appellant
has also requested that issuance of the mandate be expedited so that appellant may be placed on
the list for inpatient treatment at the Substance Abuse Felony Treatment Program of the Texas
Department of Criminal Justice.  Finding good cause for expedited issuance of the mandate, we
grant appellant's request.  TEX. R. APP. P. 18.1(c).

PER CURIAM

DO NOT PUBLISH